UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LINDNIQUEA CURRY, ) | Case No. 1:18 CV 361 |
| ) | |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| TENDER LOVING HOME CARE, LLC., ) | |
| ) | |
| Defendants. ) | |

Plaintiff counsel has dismissed this case, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent_____
DONALD C. NUGENT
United States District Judge

DATE:_October 24, 2018_